Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza
Newark, New Jersey 07102-5490
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*King Pharmaceuticals, Inc. and*
*sanofi-aventis Deutschland GmbH*



UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KING PHARMACEUTICALS, INC. and SANOFI-AVENTIS DEUTSCHLAND GmbH,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civil Action No. 07-CV-5618 (JLL)(CCC)<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE<br><br>(Filed Electronically) |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, no answer or motion for summary judgment having been filed, the above entitled action is hereby discontinued and dismissed without prejudice and without costs.

Dated: January 4, 2008      By:    s/ Charles M. Lizza
                                    Charles M. Lizza
                                    William C. Baton
                                    SAUL EWING LLP
                                    One Riverfront Plaza
                                    Newark, New Jersey 07102-5490
                                    (973) 286-6700
                                    clizza@saul.com

                                    *Attorneys for Plaintiffs*
                                    *King Pharmaceuticals, Inc. and*
                                    *sanofi-aventis Deutschland GmbH*

OF COUNSEL:

F. Dominic Cerrito
Daniel L. Malone
Jonathan A. Muenkel
JONES DAY
222 East 41st Street,
New York, New York 10017
(212) 326-3939

*Attorneys for Plaintiff*
*King Pharmaceuticals, Inc.*

Benjamin C. Hsing
Joel Katcoff
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-8000

*Attorneys for Plaintiff*
*sanofi-aventis Deutschland GmbH*

SO ORDERED: _____
DATED: 1-6-08

-2-